1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREN K. FRYE, | ) | 1:10cv01619 OWW DLB PC |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Plaintiff, | ) | TO REDESIGNATE ACTION AS |
| | ) | REGULAR CIVIL CASE |
| v. | ) | |
| | ) | |
| COUNTY OF KERN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On September 8, 2010, Plaintiff Karen K. Frye filed this civil rights action. It is unclear whether Plaintiff is currently incarcerated. However, Plaintiff is represented by legal counsel. The Court therefore DIRECTS the Clerk of Court to REDESIGNATE this action as a regular civil action.

IT IS SO ORDERED.

**Dated:    October 9, 2010**                         **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1