THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3818

Attorneys for Defendants,
 COUNTY OF KERN, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN K. FRYE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, MATTHEW ETCHEVERRY, KERN COUNTY SHERIFF'S DEPARTMENT, ANTHONY LAVIS, VINCENT MARTINEZ, STEPHEN PEDERSON, JOSE SANCHEZ, D.M. WOODS, DONNY YOUNGBLOOD,<br><br>　　　　　Defendants. | CASE NO. 1:10-CV-01619 OWW-DLB<br><br>PROTECTIVE ORDER RE DOCUMENTS RELEASED BY DEFENDANTS PURSUANT TO F.R.C.P. 26(a)(1)(A) |

The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED:

1. All DVDs and CDs and any transcripts thereof released by defendants County of Kern and Kern County Sheriff's Department pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) as part of defendants' initial disclosure shall be subject to the following orders:

　　a)　The records shall not be copied or disseminated outside of any attorney's office except for review by retained experts or a party to the action.

　　b)　The only persons who shall be authorized to view the records will be the attorneys, the attorneys' office staff, retained experts and parties to the action.

    c)    The records shall not be provided to the news media directly or indirectly in any form.

    d)    The records shall only be utilized in connection with this litigation and for no other purpose;

    e)    At the conclusion of the litigation, all DVDs and CDs of interviews of witnesses recorded by the Kern County Sheriff's Department shall be returned to the offices of Kern County Counsel.

2. No counsel shall file with this court any DVD or CD recording of a witness interview conducted by the Kern County Sheriff's Department in connection with this matter or any transcription thereof unless the court has issued an order sealing such record.

3. Any person or persons violating this order shall be subject to sanctions.

IT IS SO ORDERED.

**Dated:   December 15, 2010**                  **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

Protective Order re Defendants'
Rule 26 Initial Disclosure