THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

Attorney for Defendants,
COUNTY OF KERN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN K. FRYE,<br><br>           Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, MATTHEW ETCHEVERRY, KERN COUNTY SHERIFF'S DEPARTMENT, ANTHONY LAVIS, VICTOR MARTINEZ, STEPHEN PEDERSON, JOSE SANCHEZ, D.M. WOODS, DONNY YOUNGBLOOD,<br><br>           Defendants. | CASE NO. 1:10-CV-01619 AWI-DLB<br><br>STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER DATES; PROPOSED ORDER |

    The parties, by and through their attorneys of record, hereby stipulate that due to defendant Anthony Lavis' current incarceration in state prison and to allow for the completion of discovery and meaningful settlement negotiations by way of mediation, the scheduled dates articulated in the scheduling conference order dated February 1, 2011, may be modified as follows:

Non-expert discovery cut-off be postponed from January 6, 2012 to June 8, 2012

Expert disclosure be postponed from February 3, 2012 to August 3, 2012

Supplemental expert disclosure be postponed from April 6, 2012 to October 5, 2012

Expert discovery cut-off be postponed from May 7, 2012 to November 5, 2012

Non-dispositive motion filing deadline be postponed from May 22, 2012 to November 20, 2012

Non-dispositive motion hearing deadline be postponed from June 22, 2012 to December 21, 2012

1

1 | Dispositive motion filing deadline be postponed from June 7, 2012 to December 6, 2012

2 | Dispositive motion hearing deadline be postponed from July 9, 2012 to January 8, 2013

3 | Pretrial conference be postponed from August 22, 2012 to February 27, 2013.

4 | Trial be postponed from September 25, 2012 to March 26, 2013.

5 |     The parties all understand and agree that the proposed new dates are subject to modification

6 | by the court.

7 | Dated:   1-26-12          THERESA A. GOLDNER, COUNTY COUNSEL

8

9 |                           By   / s / Mark L. Nations
10 |                                Mark L. Nations, Chief Deputy
   |                                Attorney for defendants County of Kern, Matthew
   |                                Etcheverry, Stephen Pederson, Jose Sanchez
11 |                                Dona Wood and Donny Youngblood

12 | Dated:   1-26-12          ROBINSON & KELLAR

13 |                           By   / s / Oliver Robinson
   |                                Oliver U. Robinson
14 |                                Attorney for Anthony Lavis

15
   | Dated:   1-26-12          LAW OFFICE OF LARRY PEAKE
16

17 |                           By   / s / Larry Peake
   |                                Larry Peake
18 |                                Attorney for Vincent Martinez

19 | Dated:   1-27-12          LAW OFFICE OF JOHN HALL

20 |                           By   / s / John Hall
   |                                John Hall
21 |                                Attorney for Plaintiff Karen Frye

22 | Dated:   1-27-12          CHAIN COHN STILES

23
   |                           By   / s / David Cohn
24 |                                David Cohn
   |                                Attorney for Plaintiff Karen Frye
25

26 | ///

27 | ///

28 | ///

Stipulation to modify scheduling conference order dates; Proposed order

PROPOSED ORDER

The parties having stipulated and good cause appearing therefor, IT IS HEREBY ORDERED that the dates in the scheduling conference order dated February 1, 2011 be modified as follows:

Non-expert discovery cut-off is postponed from January 6, 2012 to June 8, 2012

Expert disclosure is postponed from February 3, 2012 to August 3, 2012

Supplemental expert disclosure is postponed from April 6, 2012 to October 5, 2012

Expert discovery cut-off is postponed from May 7, 2012 to November 5, 2012

Non-dispositive motion filing deadline is postponed from May 22, 2012 to November 20, 2012

Non-dispositive motion hearing deadline is postponed from June 22, 2012 to December 21, 2012

Dispositive motion filing deadline is postponed from June 7, 2012 to December 6, 2012

Dipositive motion hearing deadline is postponed from July 9, 2012 to January 28, 2013

Pretrial conference is postponed from August 22, 2012 to March 22, 2013

Trial is postponed from September 25, 2012 to May 14, 2013.

IT IS SO ORDERED.

Dated: **January 31, 2012**        /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE