1 | THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
2 | By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
3 | 1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
4 | Telephone: (661) 868-3800

5 | Attorney for Defendants,
COUNTY OF KERN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAREN K. FRYE, | ) CASE NO. 1:10-CV-01619 AWI-DLB |
|---|---|
| Plaintiffs, | ) STIPULATION TO MODIFY SCHEDULING |
| v. | ) CONFERENCE ORDER DATES; |
|  | ) PROPOSED ORDER |
| COUNTY OF KERN, MATTHEW ETCHEVERRY, KERN COUNTY SHERIFF'S DEPARTMENT, ANTHONY LAVIS, VICTOR MARTINEZ, STEPHEN PEDERSON, JOSE SANCHEZ, D.M. WOODS, DONNY YOUNGBLOOD, | ) |
| Defendants. | ) |

The parties, by and through their attorneys of record, hereby stipulate that due to defendant Anthony Lavis' current incarceration in state prison and to allow for the completion of discovery and meaningful settlement negotiations by way of mediation, the scheduled dates articulated in the scheduling conference order dated February 1, 2011, may be modified as follows:

Non-expert discovery cut-off be postponed from January 6, 2012 to June 8, 2012

Expert disclosure be postponed from February 3, 2012 to August 3, 2012

Supplemental expert disclosure be postponed from April 6, 2012 to October 5, 2012

Expert discovery cut-off be postponed from May 7, 2012 to November 5, 2012

Non-dispositive motion filing deadline be postponed from May 22, 2012 to November 20, 2012

Non-dispositive motion hearing deadline be postponed from June 22, 2012 to December 21, 2012

1  Dispositive motion filing deadline be postponed from June 7, 2012 to December 6, 2012

2  Dispositive motion hearing deadline be postponed from July 9, 2012 to January 8, 2013

3  Pretrial conference be postponed from August 22, 2012 to February 27, 2013.

4  Trial be postponed from September 25, 2012 to March 26, 2013.

5     The parties all understand and agree that the proposed new dates are subject to modification

6  by the court.

7  Dated:   1-26-12              THERESA A. GOLDNER, COUNTY COUNSEL

8

9                                By  / s / Mark L. Nations
                                     Mark L. Nations, Chief Deputy
10                                   Attorney for defendants County of Kern, Matthew
                                     Etcheverry, Stephen Pederson, Jose Sanchez
11                                   Dona Wood and Donny Youngblood

12  Dated:   1-26-12              ROBINSON & KELLAR

13                                By  / s / Oliver Robinson
                                     Oliver U. Robinson
14                                   Attorney for Anthony Lavis

15
   Dated:   1-26-12              LAW OFFICE OF LARRY PEAKE
16

17                                By  / s / Larry Peake
                                     Larry Peake
18                                   Attorney for Vincent Martinez

19  Dated:   1-27-12              LAW OFFICE OF JOHN HALL

20                                By  / s / John Hall
                                     John Hall
21                                   Attorney for Plaintiff Karen Frye

22  Dated:   1-27-12              CHAIN COHN STILES

23
                                  By  / s / David Cohn
24                                   David Cohn
                                     Attorney for Plaintiff Karen Frye
25

26  ///

27  ///

28  ///

                                          2
_____
Stipulation to modify scheduling conference order dates; Proposed order

PROPOSED ORDER

The parties having stipulated and good cause appearing therefor, IT IS HEREBY ORDERED that the dates in the scheduling conference order dated February 1, 2011 be modified as follows:

Non-expert discovery cut-off is postponed from January 6, 2012 to June 8, 2012

Expert disclosure is postponed from February 3, 2012 to August 3, 2012

Supplemental expert disclosure is postponed from April 6, 2012 to October 5, 2012

Expert discovery cut-off is postponed from May 7, 2012 to November 5, 2012

Non-dispositive motion filing deadline is postponed from May 22, 2012 to November 20, 2012

Non-dispositive motion hearing deadline is postponed from June 22, 2012 to December 21, 2012

Dispositive motion filing deadline is postponed from June 7, 2012 to December 6, 2012

Dipositive motion hearing deadline is postponed from July 9, 2012 to January 28, 2013

Pretrial conference is postponed from August 22, 2012 to March 22, 2013

Trial is postponed from September 25, 2012 to May 14, 2013.

IT IS SO ORDERED.

Dated:   **January 31, 2012**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation to modify scheduling conference order dates; Proposed order