THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

Attorney for Defendants,
COUNTY OF KERN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN K. FRYE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, MATTHEW ETCHEVERRY, KERN COUNTY SHERIFF'S DEPARTMENT, ANTHONY LAVIS, VICTOR MARTINEZ, STEPHEN PEDERSON, JOSE SANCHEZ, D.M. WOODS, DONNY YOUNGBLOOD,<br><br>Defendants. | CASE NO. 1:10-CV-01619 AWI-DLB<br><br>STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER DATES; ORDER |

The parties, by and through their attorneys of record, hereby stipulate that due to the parties intent to participate in a mediation of this case on July 9 and to allow for the completion of discovery, the scheduled dates for non-expert discovery completion and expert witness disclosure articulated in the amended scheduling conference order dated January 31, 2012, may be modified as follows:

Non-expert discovery cut-off be postponed from June 8, 2012 to August 10, 2012

Expert disclosure be postponed from August 3, 2012 to September 7, 2012

All other scheduled dates to remain as currently scheduled.

The parties all understand and agree that the proposed new dates are subject to modification by the court.

1

| | | |
|---|---|---|
| 1 | Dated:  6 /1/12 | THERESA A. GOLDNER, COUNTY COUNSEL |
| 2 | | |
| 3 | | By    /s/ Mark L. Nations |
| 4 | | Mark L. Nations, Chief Deputy
Attorney for defendants County of Kern, Matthew Etcheverry, Stephen Pederson, Jose Sanchez |
| 5 | | Dona Wood and Donny Youngblood |
| 6 | Dated:  6 /1/12 | ROBINSON & KELLAR |
| 7 | | By      /s/ Oliver U. Robinson |
| 8 | | Oliver U. Robinson
Attorney for Anthony Lavis |
| 9 | Dated:  6 /1/12 | LAW OFFICE OF LARRY PEAKE |
| 10 | | |
| 11 | | By   / s / Larry Peake |
| 12 | | Larry Peake
Attorney for Vincent Martinez |
| 13 | Dated:  6 /1/12 | LAW OFFICE OF JOHN HALL |
| 14 | | By    / s / John Hall |
| 15 | | John Hall
Attorney for Plaintiff Karen Frye |
| 16 | Dated:  6 /1/12 | CHAIN COHN STILES |
| 17 | | |
| 18 | | By     / s / David Cohn
David Cohn
Attorney for Plaintiff Karen Frye |

19  
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

2

Stipulation to modify scheduling conference order dates; Proposed order

ORDER

The parties having stipulated and good cause appearing therefor, IT IS HEREBY ORDERED that the dates in the amended scheduling conference order dated January 31, 2012 be modified as follows:

Non-expert discovery cut-off is postponed from June 8, 2012 to August 10, 2012

Expert disclosure is postponed from August 3, 2012 to September 7, 2012

All other scheduled dates to remain as currently scheduled

IT IS SO ORDERED.

Dated: **June 6, 2012**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE