THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

Attorney for Defendants,
COUNTY OF KERN, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN K. FRYE, | ) CASE NO. 1:10-CV-01619 AWI-DLB |
| Plaintiffs, | ) STIPULATION TO MODIFY SCHEDULING |
| v. | ) CONFERENCE ORDER DATES; ORDER |
| COUNTY OF KERN, MATTHEW ETCHEVERRY, KERN COUNTY SHERIFF'S DEPARTMENT, ANTHONY LAVIS, VICTOR MARTINEZ, STEPHEN PEDERSON, JOSE SANCHEZ, D.M. WOODS, DONNY YOUNGBLOOD, | ) |
| Defendants. | ) |

The parties, by and through their attorneys of record, hereby stipulate that due to the parties intent to participate in a mediation of this case on July 9 and to allow for the completion of discovery, the scheduled dates for non-expert discovery completion and expert witness disclosure articulated in the amended scheduling conference order dated January 31, 2012, may be modified as follows:

Non-expert discovery cut-off be postponed from June 8, 2012 to August 10, 2012

Expert disclosure be postponed from August 3, 2012 to September 7, 2012

All other scheduled dates to remain as currently scheduled.

The parties all understand and agree that the proposed new dates are subject to modification by the court.

1

1  Dated:___6 /1/12_____          THERESA A. GOLDNER, COUNTY COUNSEL

2

3                                        By____/s/ Mark L. Nations_____
                                             Mark L. Nations, Chief Deputy
4                                            Attorney for defendants County of Kern, Matthew
                                             Etcheverry, Stephen Pederson, Jose Sanchez
5                                            Dona Wood and Donny Youngblood

6  Dated:___6 /1/12_____          ROBINSON & KELLAR

7                                        By_____/s/ Oliver U. Robinson_____
                                             Oliver U. Robinson
8                                            Attorney for Anthony Lavis

9
   Dated:___6 /1/12_____          LAW OFFICE OF LARRY PEAKE
10

11                                       By___/ s / Larry Peake_____
                                             Larry Peake
12                                           Attorney for Vincent Martinez

13 Dated:___6 /1/12_____          LAW OFFICE OF JOHN HALL

14                                       By___/ s / John Hall_____
                                             John Hall
15                                           Attorney for Plaintiff Karen Frye

16 Dated:___6 /1/12_____          CHAIN COHN STILES

17

18                                       By____/ s / David Cohn_____
                                             David Cohn
                                             Attorney for Plaintiff Karen Frye
19

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

2

Stipulation to modify scheduling conference order dates; Proposed order

1

ORDER

2       The parties having stipulated and good cause appearing therefor, IT IS HEREBY

3  ORDERED that the dates in the amended scheduling conference order dated January 31, 2012

4  be modified as follows:

5       Non-expert discovery cut-off is postponed from June 8, 2012 to August 10, 2012

6       Expert disclosure is postponed from August 3, 2012 to September 7, 2012

7       All other scheduled dates to remain as currently scheduled

8  IT IS SO ORDERED.

9  **Dated:**   **June 6, 2012**          _____ **/s/ Dennis L. Beck** _____
                                      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to modify scheduling conference order dates; Proposed order