DAVID K. COHN, ESQ., (SBN 68768)
MATTHEW C. CLARK, ESQ., (SBN 218784)
CHAIN | COHN | STILES
1430 Truxtun Avenue
Bakersfield, CA 93301
Phone: (661) 323-4000   Fax: (661) 324-1352

JOHN C. HALL, ESQ. (SBN 101746)
THE LAW OFFICES OF JOHN C. HALL
1200 Truxtun Avenue, Suite 114
Bakersfield, CA 93301
Phone: (661) 328-1200   Fax: (661) 328-1281

Attorneys for Plaintiff

FILED
FEB - 6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN K. FRYE,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SHERIFF DONNY YOUNGBLOOD; ANTHONY LAVIS; VICTOR MARTINEZ; JOSE SANCHEZ; D.M. WOODS; MATTHEW ETCHEVERY; STEPHEN PEDERSON; and DOES 1 to 100, inclusive,<br><br>          Defendants. | CASE NO. 1:10-cv-01619-AWI-SAB<br><br>STIPULATION TO DISMISS AND ORDER THEREON |

WHEREAS, the above-entitled matter has settled on or about August 8, 2012 and all settlement proceeds have been disbursed.

-1-

STIPULATION TO DISMISS AND ORDER THEREON

THEREFORE, IT IS HEREBY STIPULATED by and between the parties herein that this entire matter may be dismissed with prejudice as to all parties.

DATED: 2-1-2013

CHAIN | COHN | STILES

By: _____
DAVID K. COHN
Attorney for Plaintiff

DATED: 2/4/13

THE LAW OFFICES OF JOHN C. HALL

By: _____
JOHN C. HALL
Attorney for Plaintiff

DATED:

KERN COUNTY COUNSEL

By: _____
MARK NATIONS
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that this entire matter is dismissed with prejudice as to all parties.

DATED: 2-5-13

By: _____
ANTHONY W. ISHII
Federal District Judge

-2-
STIPULATION TO DISMISS AND ORDER THEREON

02/04/2013 09:39 FAX 6618683805    COUNTY COUNSEL    ☐002/002
From:CHAIN COHN STILES    02/01/2013 10:47    #679 P.003/003
Case 1:10-cv-01619-AWI-SAB   Document 41   Filed 02/08/13   Page 3 of 3
Case 1:10-cv-01619-AWI-SAB   Document 40   Filed 02/04/13   Page 3 of 3

THEREFORE, IT IS HEREBY STIPULATED by and between the parties herein that this entire matter may be dismissed with prejudice as to all parties.

DATED: 2-1-2013

CHAIN | COHN | STILES

By: _____
DAVID K. COHN
Attorney for Plaintiff

DATED:

THE LAW OFFICES OF JOHN C. HALL

By: _____
JOHN C. HALL
Attorney for Plaintiff

DATED:

KERN COUNTY COUNSEL

By: _____
MARK NATIONS
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that this entire matter is dismissed with prejudice as to all parties.

DATED:

By: _____
ANTHONY W. ISHII
Federal District Judge

-2-
STIPULATION TO DISMISS AND ORDER THEREON