1   DAVID K. COHN, ESQ., (SBN 68768)
    MATTHEW C. CLARK, ESQ., (SBN 218784)
2   CHAIN | COHN | STILES
    1430 Truxtun Avenue
3   Bakersfield, CA  93301
    Phone: (661) 323-4000  Fax: (661) 324-1352
4
5   JOHN C. HALL, ESQ. (SBN 101746)
    THE LAW OFFICES OF JOHN C. HALL
6   1200 Truxtun Avenue, Suite 114
    Bakersfield, CA  93301
7   Phone: (661) 328-1200  Fax: (661) 328-1281

8   Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12

13   KAREN K. FRYE,                      CASE NO. 1:10-cv-01619-AWI-SAB

14              Plaintiff,               STIPULATION TO DISMISS AND
                                         ORDER THEREON
15        v.

16   COUNTY OF KERN; KERN COUNTY
17   SHERIFF'S DEPARTMENT; SHERIFF
     DONNY YOUNGBLOOD; ANTHONY
18   LAVIS; VICTOR MARTINEZ; JOSE
     SANCHEZ; D.M. WOODS; MATTHEW
19   ETCHEVERY; STEPHEN PEDERSON;
     and DOES 1 to 100, inclusive,
20
21              Defendants.

22

23        WHEREAS, the above-entitled matter has settled on or about August 8, 2012 and all

24   settlement proceeds have been disbursed.

25

26
                                         -1-

     STIPULATION TO DISMISS AND ORDER THEREON

<div style="vertical text: CHAIN | COHN | STILES 1430 Truxtun Avenue, Suite 100 Bakersfield, CA 93301-5348 PHONE: (661) 323-4000 FAX: (661) 324-1352">

THEREFORE, IT IS HEREBY STIPULATED by and between the parties herein that

this entire matter may be dismissed with prejudice as to all parties.

DATED: 2-1-2013       CHAIN | COHN | STILES

By: _____
DAVID K. COHN
Attorney for Plaintiff

DATED: 2/4/13       THE LAW OFFICES OF JOHN C. HALL

By: _____
JOHN C. HALL
Attorney for Plaintiff

DATED:       KERN COUNTY COUNSEL

By: _____
MARK NATIONS
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that this entire matter is dismissed with prejudice as to all

parties.

DATED: 2-5-/3

By: _____
ANTHONY W. ISHII
Federal District Judge

-2-
STIPULATION TO DISMISS AND ORDER THEREON
</div>

02/04/2013 09:39 FAX 6618683805     COUNTY COUNSEL                    Ø002/002
Case 1:10-cv-01619-AWI-SAB   Document 41   Filed 02/08/13   Page 3 of 3
From:CHAIN COHN STILES                                    02/01/2013 10:47   #679 P.003/003
Case 1:10-cv-01619-AWI-SAB   Document 40   Filed 02/04/13   Page 3 of 3

THEREFORE, IT IS HEREBY STIPULATED by and between the parties herein that

the entire matter may be dismissed with prejudice as to all parties.

DATED: **2-1-2013**                    CHAIN | COHN | STILES

By: _____
                                       DAVID K. COHN
                                       Attorney for Plaintiff

DATED:                                 THE LAW OFFICES OF JOHN C. HALL


By: _____
                                       JOHN C. HALL
                                       Attorney for Plaintiff

DATED:                                 KERN COUNTY COUNSEL


By: _____
                                       MARK NATIONS
                                       Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that this entire matter is dismissed with prejudice as to all

parties.

DATED:


By: _____
                                       ANTHONY W. ISHII
                                       Federal District Judge

CHAIN | COHN | STILES
1430 Truxtun Avenue, Suite 100
Bakersfield, CA 93301-3348
PHONE: (661) 323-4000 FAX: (661) 324-1352

-2-
STIPULATION TO DISMISS AND ORDER THEREON